# Exhibit 1

**TD F 90-22.1**
(Rev. March 2011)
Department of the Treasury

**Do not use previous editions of this form**

# REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS

Do NOT file with your Federal Tax Return

OMB No. 1545-2038

**1** This Report is for Calendar Year Ended 12/31

2 0 0 6

Amended ☐

## Part I   Filer Information

**2** Type of Filer

a ☒ Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Consolidated   e ☐ Fiduciary or Other - Enter type _____

| **3** U.S. Taxpayer Identification Number | **4** Foreign identification (Complete only if item 3 is not applicable.) | **5** Individual's Date of Birth MM/DD/YYYY |
|---|---|---|
| 3820 | a Type: ☐ Passport   ☐ Other _____ | |
| **If filer has no U.S. Identification Number complete item 4.** | b Number ____  c Country of issue ____ | 04/28/1961 |

| **6** Last Name or Organization Name | **7** First Name | **8** Middle Initial |
|---|---|---|
| Cohen | Fariba | |

**9** Address (Number, Street, and Apt. or Suite No.)

| **10** City | **11** State | **12** Zip/Postal Code | **13** Country |
|---|---|---|---|
| Beverly Hills | CA | 90210 | USA |

**14** Does the filer have a financial interest in 25 or more financial accounts?

☐ Yes   If "Yes" enter total number of accounts _____

(If "Yes" is checked, do not complete Part II or Part III, but retain records of this information.)

☒ No

## Part II   Information on Financial Account(s) Owned Separately

| **15** Maximum value of account during calendar year reported | **16** Type of account a ☐ Bank   b ☐ Securities   c ☐ Other - Enter type below |
|---|---|

**17** Name of Financial Institution in which account is held

| **18** Account number or other designation | **19** Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|

| **20** City | **21** State, if known | **22** Zip/Postal Code, if known | **23** Country |
|---|---|---|---|

**Signature**

| **44** Filer Signature | **45** Filer Title, if not reporting a personal account | **46** Date (MM/DD/YYYY) |
|---|---|---|

**File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621**

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 (formerly 31 CFR 103.24). No report is required if the aggregate value of the accounts did not exceed $10,000. **See Instructions For Definitions.**

POSTMARK DATE   RECEIVED DATE

09 08 2011      09 10 2011

**PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE**

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350 (formerly 31 CFR 103.24).

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24) . The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 20 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

DXA

Form **TD F 90-22.1** ( Rev. 3-2011)

**Part III · Information on Financial Account(s) Owned Jointly**

Form TD F 90-22.1

**Complete a Separate Block for Each Account Owned Jointly**

Page Number

This side can be copied as many times as necessary in order to provide information on all accounts.

_2_ of _3_

| 1 Filing for calendar year | 3-4 Check appropriate Identification Number | 6 Last Name or Organization Name |
|---|---|---|
| 2 0 0 6 | ☒ Taxpayer Identification Number<br>☐ Foreign Identification Number<br>Enter identification number here:<br>3820 | Cohen |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☒ Bank   b ☐ Securities   c ☐ Other - Enter type below |
|---|---|
| 1638704 | |

**17 Name of Financial Institution in which account is held**
Bank Hapoalim

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| 4574 (802) | 104 Hayarkon Street |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| Tel Aviv | | | Israel |

| 24 Number of joint owners for this account | 25 Taxpayer Identification Number of principal joint owner, if known. See instructions |
|---|---|
| 1 | 0396 |

| 26 Last Name or Organization Name of principal joint owner | 27 First Name of principal joint owner, if known | 28 Middle initial, if known |
|---|---|---|
| Cohen (Spouse) | Saeed | |

**29 Address (Number, Street, Suite or Apartment) of principal joint owner, if known**
P.O. Box 7525

| 30 City, if known | 31 State, if known | 32 Zip/Postal Code, if known | 33 Country, if known |
|---|---|---|---|
| Beverly Hills | CA | 90212 | USA |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☒ Bank   b ☐ Securities   c ☐ Other - Enter type below |
|---|---|
| 72301 | |

**17 Name of Financial Institution in which account is held**
Bank Hapoalim

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| 4574 (856) | 104 Hayarkon Street |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| Tel Aviv | | | Israel |

| 24 Number of joint owners for this account | 25 Taxpayer Identification Number of principal joint owner, if known. See instructions |
|---|---|
| 1 | 0396 |

| 26 Last Name or Organization Name of principal joint owner | 27 First Name of principal joint owner, if known | 28 Middle initial, if known |
|---|---|---|
| Cohen(Spouse) | Saeed | |

**29 Address (Number, Street, Suite or Apartment) of principal joint owner, if known**
P.O. Box 7525

| 30 City, if known | 31 State, if known | 32 Zip/Postal Code, if known | 33 Country, if known |
|---|---|---|---|
| Beverly Hills | CA | 90212 | USA |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☒ Bank   b ☐ Securities   c ☐ Other - Enter type below |
|---|---|
| 866727 | |

**17 Name of Financial Institution in which account is held**
Israel Discount Bank

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| 0262 | 33rd Floor, Azrieli Ctr. |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| Tel Aviv | | | Israel |

| 24 Number of joint owners for this account | 25 Taxpayer Identification Number of principal joint owner, if known. See instructions |
|---|---|
| 1 | 0396 |

| 26 Last Name or Organization Name of principal joint owner | 27 First Name of principal joint owner, if known | 28 Middle initial, if known |
|---|---|---|
| Cohen (Spouse) | Saeed | |

**29 Address (Number, Street, Suite or Apartment) of principal joint owner, if known**
P.O. Box 7525

| 30 City, if known | 31 State, if known | 32 Zip/Postal Code, if known | 33 Country, if known |
|---|---|---|---|
| Beverly Hills | CA | 90212 | USA |

DXA

Form **TD F 90-22.1** ( Rev. 3-2011)

| Part IV Information on Financial Account(s) Where Filer has Signature Authority but No Financial Interest in the Account(s) | Form TD F 90-22.1 |
|---|---|
| | Page Number |

**Complete a Separate Block for Each Account**

Page Number: _3_ of _3_

This side can be copied as many times as necessary in order to provide information on all accounts.

| 1 Filing for calendar year | 3-4 Check appropriate Identification Number | 6 Last Name or Organization Name |
|---|---|---|
| _2_ _0_ _0_ _6_ | ☒ Taxpayer Identification Number<br>☐ Foreign Identification Number<br>Enter identification number here:<br>3820 | Cohen |

| 15 Maximum value of account during calendar year reported | 16 Type of account   a ☒ Bank   b ☐ Securities   c ☐ Other - Enter type below |
|---|---|
| 11686281 | |

**17** Name of Financial Institution in which account is held
Leumi Bank - Luxembourg S.A.

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| 6002 | 6D route de Treves |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| Senningerberg | | L-2633 | Luxembourg |

| 34 Last Name or Organization Name of Account Owner | 35 Taxpayer Identification Number of Account Owner |
|---|---|
| L&C Lighting Technology, Ltd. | Unknown |

| 36 First Name | 37 Middle initial | 38 Address (Number, Street, and Apt. or Suite No.) |
|---|---|---|
| | | P.O. Box 7525 |

| 39 City | 40 State | 41 Zip/Postal Code | 42 Country |
|---|---|---|---|
| Beverly Hills | CA | 90212 | UAS |

**43** Filer's Title with this Owner
Director

| 15 Maximum value of account during calendar year reported | 16 Type of account   a ☒ Bank   b ☐ Securities   c ☐ Other - Enter type below |
|---|---|
| 2611645 | |

**17** Name of Financial Institution in which account is held
RBS Coutts AG

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| 2300 | Stauffacherstrasse 1 Postfach |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| Zurich | | CH-8022 | Switzerland |

| 34 Last Name or Organization Name of Account Owner | 35 Taxpayer Identification Number of Account Owner |
|---|---|
| L&C Lighting Technology, Ltd. | Unknown |

| 36 First Name | 37 Middle initial | 38 Address (Number, Street, and Apt. or Suite No.) |
|---|---|---|
| | | P.O. Box 7525 |

| 39 City | 40 State | 41 Zip/Postal Code | 42 Country |
|---|---|---|---|
| Beverly Hills | CA | 90212 | USA |

**43** Filer's Title with this Owner
Director

| 15 Maximum value of account during calendar year reported | 16 Type of account   a ☒ Bank   b ☐ Securities   c ☐ Other - Enter type below |
|---|---|
| 2195442 | |

**17** Name of Financial Institution in which account is held
Union Bancaire Privee

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| 4169 | 96-98 rude de Rhone |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| Geneva | | | Switzerland |

| 34 Last Name or Organization Name of Account Owner | 35 Taxpayer Identification Number of Account Owner |
|---|---|
| Liform Lite Industrial Co., Ltd. | Unknown |

| 36 First Name | 37 Middle initial | 38 Address (Number, Street, and Apt. or Suite No.) |
|---|---|---|
| | | P.O. Box 7525 |

| 39 City | 40 State | 41 Zip/Postal Code | 42 Country |
|---|---|---|---|
| Beverly Hills | CA | 90212 | USA |

**43** Filer's Title with this Owner
Director

# Exhibit 2

**TD F 90-22.1**
(Rev. March 2011)
Department of the Treasury

Do not use previous editions of this form

# REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS

Do NOT file with your Federal Tax Return

OMB No. 1545-2038

**1** This Report is for Calendar Year Ended 12/31

2 0 0 7

Amended ☐

## Part I   Filer Information

**2** Type of Filer

a ☒ Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Consolidated   e ☐ Fiduciary or Other - Enter type _____

**3** U.S. Taxpayer Identification Number

3820

If filer has no U.S. Identification Number complete Item 4.

**4** Foreign identification (Complete only if item 3 is not applicable.)

a   Type: ☐ Passport   ☐ Other _____

b  Number _____   c  Country of issue _____

**5** Individual's Date of Birth MM/DD/YYYY

04/28/1961

**6**  Last Name or Organization Name

Cohen

**7** First Name

Fariba

**8**  Middle Initial

**9**  Address (Number, Street, and Apt. or Suite No.)

**10** City

Beverly Hills

**11** State

CA

**12** Zip/Postal Code

90210

**13** Country

USA

**14** Does the filer have a financial interest in 25 or more financial accounts?

☐ Yes   If "Yes" enter total number of accounts _____

**(If "Yes" is checked, do not complete Part II or Part III, but retain records of this information)**

☒ No

## Part II   Information on Financial Account(s) Owned Separately

**15** Maximum value of account during calendar year reported

**16** Type of account   a ☐ Bank   b ☐ Securities   c ☐ Other - Enter type below

**17** Name of Financial Institution in which account is held

**18** Account number or other designation

**19** Mailing Address (Number, Street, Suite Number) of financial institution in which account is held

**20** City

**21** State, if known

**22** Zip/Postal Code, if known

**23** Country

### Signature

**44** Filer Signature

**45** Filer Title, if not reporting a personal account

**46** Date (MM/DD/YYYY)

**File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621**

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 (formerly 31 CFR 103.24). No report is required if the aggregate value of the accounts did not exceed $10,000. **See Instructions For Definitions.**

POSTMARK DATE   RECEIVED DATE

0 9 08 2011   0 9 10 2011

AUSTIN, TEXAS

**PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE**

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350 (formerly 31 CFR 103.24).

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24) . The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 20 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

DXA

Form TD F 90-22.1 ( Rev. 3-2011)

**Part III** **Information on Financial Account(s) Owned Jointly**

**Complete a Separate Block for Each Account Owned Jointly**

This side can be copied as many times as necessary in order to provide information on all accounts.

Form TD F 90-22.1

Page Number

_2_ of _3_

| 1 Filing for calendar year | 3-4 Check appropriate Identification Number | 6 Last Name or Organization Name |
|---|---|---|

1 Filing for calendar year: _2_ _0_ _0_ _7_

3-4 Check appropriate Identification Number
[X] Taxpayer Identification Number
[ ] Foreign Identification Number
Enter identification number here: 3820

6 Last Name or Organization Name: Cohen

| 15 Maximum value of account during calendar year reported | 16 Type of account  a [X] Bank  b [ ] Securities  c [ ] Other - Enter type below |
|---|---|
| 3232205 | |

17 Name of Financial Institution in which account is held
Bank Hapoalim

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| 4574 (802) | 104 Hayarkon Street |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| Tel Aviv | | | Israel |

| 24 Number of joint owners for this account | 25 Taxpayer Identification Number of principal joint owner, if known. See instructions |
|---|---|
| 1 | 0396 |

| 26 Last Name or Organization Name of principal joint owner | 27 First Name of principal joint owner, if known | 28 Middle initial, if known |
|---|---|---|
| Cohen (Spouse) | Saeed | |

29 Address (Number, Street, Suite or Apartment) of principal joint owner, if known
P.O. Box 7525

| 30 City, if known | 31 State, if known | 32 Zip/Postal Code, if known | 33 Country, if known |
|---|---|---|---|
| Beverly Hills | CA | 90212 | USA |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a [X] Bank  b [ ] Securities  c [ ] Other - Enter type below |
|---|---|
| 1522301 | |

17 Name of Financial Institution in which account is held
Bank Hapoalim

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| 4574 (856) | 104 Hayarkon Street |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| Tel Aviv | | | Israel |

| 24 Number of joint owners for this account | 25 Taxpayer Identification Number of principal joint owner, if known. See instructions |
|---|---|
| 1 | 0396 |

| 26 Last Name or Organization Name of principal joint owner | 27 First Name of principal joint owner, if known | 28 Middle initial, if known |
|---|---|---|
| Cohen (Spouse) | Saeed | |

29 Address (Number, Street, Suite or Apartment) of principal joint owner, if known
P.O. Box 7525

| 30 City, if known | 31 State, if known | 32 Zip/Postal Code, if known | 33 Country, if known |
|---|---|---|---|
| Beverly Hills | CA | 90212 | USA |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a [X] Bank  b [ ] Securities  c [ ] Other - Enter type below |
|---|---|
| 896883 | |

17 Name of Financial Institution in which account is held
Israel Discount Bank

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| 0262 | 33rd Floor, Azrieli Ctr. |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| Tel Aviv | | | Israel |

| 24 Number of joint owners for this account | 25 Taxpayer Identification Number of principal joint owner, if known. See instructions |
|---|---|
| 1 | 0396 |

| 26 Last Name or Organization Name of principal joint owner | 27 First Name of principal joint owner, if known | 28 Middle initial, if known |
|---|---|---|
| Cohen (Spouse) | Saeed | |

29 Address (Number, Street, Suite or Apartment) of principal joint owner, if known
P.O. Box 7525

| 30 City, if known | 31 State, if known | 32 Zip/Postal Code, if known | 33 Country, if known |
|---|---|---|---|
| Beverly Hills | CA | 90212 | USA |

| **Part IV.** Information on Financial Account(s) Where Filer has Signature Authority but No Financial Interest in the Account(s) | Form TD F 90-22.1 Page Number |
|---|---|
| Complete a Separate Block for Each Account | 3 of 3 |

This side can be copied as many times as necessary in order to provide information on all accounts.

| 1 Filing for calendar year<br>2 0 0 7 | 3-4 Check appropriate Identification Number<br>☒ Taxpayer Identification Number<br>☐ Foreign Identification Number<br>Enter identification number here:<br>3820 | 6 Last Name or Organization Name<br>Cohen |
|---|---|---|

| 15 Maximum value of account during calendar year reported<br>13885847 | 16 Type of account   a ☒ Bank   b ☐ Securities   c ☐ Other - Enter type below |
|---|---|

**17 Name of Financial Institution in which account is held**
Leumi Bank - Luxembourg S.A.

| 18 Account number or other designation<br>6002 | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held<br>6D route de Treves |
|---|---|

| 20 City<br>Senningerberg | 21 State, if known | 22 Zip/Postal Code, if known<br>L-2633 | 23 Country<br>Luxembourg |
|---|---|---|---|

| 34 Last Name or Organization Name of Account Owner<br>L&C Lighting Technology, Ltd. | 35 Taxpayer Identification Number of Account Owner<br>Unknown |
|---|---|

| 36 First Name | 37 Middle initial | 38 Address (Number, Street, and Apt. or Suite No.)<br>P.O. Box 7525 |
|---|---|---|

| 39 City<br>Beverly Hills | 40 State<br>CA | 41 Zip/Postal Code<br>90212 | 42 Country<br>USA |
|---|---|---|---|

**43 Filer's Title with this Owner**
Director

| 15 Maximum value of account during calendar year reported<br>2782294 | 16 Type of account   a ☒ Bank   b ☐ Securities   c ☐ Other - Enter type below |
|---|---|

**17 Name of Financial Institution in which account is held**
RBS Coutts AG

| 18 Account number or other designation<br>2300 | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held<br>Stauffacherstrasse 1 Postfach |
|---|---|

| 20 City<br>Zurich | 21 State, if known | 22 Zip/Postal Code, if known<br>CH-8022 | 23 Country<br>Switzerland |
|---|---|---|---|

| 34 Last Name or Organization Name of Account Owner<br>L&C Lighting Technology, Ltd. | 35 Taxpayer Identification Number of Account Owner<br>Unknown |
|---|---|

| 36 First Name | 37 Middle initial | 38 Address (Number, Street, and Apt. or Suite No.)<br>P.O. Box 7525 |
|---|---|---|

| 39 City<br>Beverly Hills | 40 State<br>CA | 41 Zip/Postal Code<br>90212 | 42 Country<br>USA |
|---|---|---|---|

**43 Filer's Title with this Owner**
Director

| 15 Maximum value of account during calendar year reported<br>2304565 | 16 Type of account   a ☒ Bank   b ☐ Securities   c ☐ Other - Enter type below |
|---|---|

**17 Name of Financial Institution in which account is held**
Union Bancaire Privee

| 18 Account number or other designation<br>4169 | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held<br>96-98 rue de Rhone |
|---|---|

| 20 City<br>Geneva | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country<br>Switzerland |
|---|---|---|---|

| 34 Last Name or Organization Name of Account Owner<br>Liform Lite Industrial Co., Ltd. | 35 Taxpayer Identification Number of Account Owner<br>Unknown |
|---|---|

| 36 First Name | 37 Middle initial | 38 Address (Number, Street, and Apt. or Suite No.)<br>P.O. Box 7525 |
|---|---|---|

| 39 City<br>Beverly Hills | 40 State<br>CA | 41 Zip/Postal Code<br>90212 | 42 Country<br>USA |
|---|---|---|---|

**43 Filer's Title with this Owner**
Director

# Exhibit 3

**TD F 90-22.1**
(Rev. March 2011)
Department of the Treasury

Do not use previous editions of this form

# REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS

Do NOT file with your Federal Tax Return

OMB No. 1545-2038

1 This Report is for Calendar Year Ended 12/31

2 0 0 8

Amended ☐

## Part I   Filer Information

2 Type of Filer

a ☒ Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Consolidated   e ☐ Fiduciary or Other - Enter type _____

| 3 U.S. Taxpayer Identification Number | 4 Foreign identification (Complete only if item 3 is not applicable.) | 5 Individual's Date of Birth MM/DD/YYYY |
|---|---|---|
| 3820 | a Type: ☐ Passport  ☐ Other _____ | 04/28/1961 |
| If filer has no U.S. Identification Number complete Item 4. | b Number _____ c Country of issue _____ | |

| 6 Last Name or Organization Name | 7 First Name | 8 Middle Initial |
|---|---|---|
| Cohen | Fariba | |

9 Address (Number, Street, and Apt. or Suite No.)

622 N. Alpine Drive

| 10 City | 11 State | 12 Zip/Postal Code | 13 Country |
|---|---|---|---|
| Beverly Hills | CA | 90210 | USA |

14 Does the filer have a financial interest in 25 or more financial accounts?

☐ Yes   If "Yes" enter total number of accounts _____

**(If "Yes" is checked, do not complete Part II or Part III, but retain records of this information.)**

☒ No

## Part II   Information on Financial Account(s) Owned Separately

| 15 Maximum value of account during calendar year reported | 16 Type of account   a ☐ Bank   b ☐ Securities   c ☐ Other - Enter type below |
|---|---|

17 Name of Financial Institution in which account is held

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|

## Signature

| 44 Filer Signature | 45 Filer Title, if not reporting a personal account | 46 Date (MM/DD/YYYY) |
|---|---|---|

**File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621**

POSTMARK DATE   RECEIVED DATE

09 08 2011   09 10 2011

This form should be used to report a financial interest in, signature authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 (formerly 31 CFR 103.24). No report is required if the aggregate value of the accounts did not exceed $10,000. **See Instructions For Definitions.**

### PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350 (formerly 31 CFR 103.24).

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24) . The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 20 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

DXA

Form **TD F 90-22.1** ( Rev. 3-2011)

**Part III** **Information on Financial Account(s) Owned Jointly**

Form TD F 90-22.1

**Complete a Separate Block for Each Account Owned Jointly**

Page Number

This side can be copied as many times as necessary in order to provide information on all accounts.

_2_ of _3_

| 1 Filing for calendar year | 3-4 Check appropriate Identification Number | 6 Last Name or Organization Name |
|---|---|---|
| 2 0 0 8 | ☒ Taxpayer Identification Number<br>☐ Foreign Identification Number<br>Enter identification number here:<br>3820 | Cohen |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☒ Bank   b ☐ Securities   c ☐ Other - Enter type below |
|---|---|
| 1093373 | |

**17** Name of Financial Institution in which account is held

Israel Discount Bank

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| 0262- | 33rd Floor, Azrieli Ctr. |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| Tel Aviv | | | Israel |

| 24 Number of joint owners for this account | 25 Taxpayer Identification Number of principal joint owner, if known. See instructions |
|---|---|
| 1 | 0396 |

| 26 Last Name or Organization Name of principal joint owner | 27 First name of principal joint owner, if known | 28 Middle initial, if known |
|---|---|---|
| Cohen (Spouse) | Saeed | |

**29** Address (Number, Street, Suite or Apartment) of principal joint owner, if known

P.O. Box 7525

| 30 City, if known | 31 State, if known | 32 Zip/Postal Code, if known | 33 Country, if known |
|---|---|---|---|
| Beverly Hills | CA | 90212 | USA |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank   b ☐ Securities   c ☐ Other - Enter type below |
|---|---|
| | |

**17** Name of Financial Institution in which account is held

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| | |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| | | | |

| 24 Number of joint owners for this account | 25 Taxpayer Identification Number of principal joint owner, if known. See instructions |
|---|---|
| | |

| 26 Last Name or Organization Name of principal joint owner | 27 First name of principal joint owner, if known | 28 Middle initial, if known |
|---|---|---|
| | | |

**29** Address (Number, Street, Suite or Apartment) of principal joint owner, if known

| 30 City, if known | 31 State, if known | 32 Zip/Postal Code, if known | 33 Country, if known |
|---|---|---|---|
| | | | |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank   b ☐ Securities   c ☐ Other - Enter type below |
|---|---|
| | |

**17** Name of Financial Institution in which account is held

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| | |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| | | | |

| 24 Number of joint owners for this account | 25 Taxpayer Identification Number of principal joint owner, if known. See instructions |
|---|---|
| | |

| 26 Last Name or Organization Name of principal joint owner | 27 First name of principal joint owner, if known | 28 Middle initial, if known |
|---|---|---|
| | | |

**29** Address (Number, Street, Suite or Apartment) of principal joint owner, if known

| 30 City, if known | 31 State, if known | 32 Zip/Postal Code, if known | 33 Country, if known |
|---|---|---|---|
| | | | |

Form **TD F 90-22.1** ( Rev. 3-2011)

| **Part IV** Information on Financial Account(s) Where Filer has Signature Authority but No Financial Interest in the Account(s) | Form TD F 90-22.1 Page Number |
|---|---|
| **Complete a Separate Block for Each Account** | _3_ of _3_ |

This side can be copied as many times as necessary in order to provide information on all accounts.

| 1 Filing for calendar year | 3-4 Check appropriate Identification Number | 6 Last Name or Organization Name |
|---|---|---|
| 2 0 0 8 | [X] Taxpayer Identification Number <br> [ ] Foreign Identification Number <br> Enter identification number here: <br> 3820 | Cohen |

| 15 Maximum value of account during calendar year reported <br> 14123172 | 16 Type of account  a [X] Bank   b [ ] Securities   c [ ] Other - Enter type below |
|---|---|

**17 Name of Financial Institution in which account is held**
Leumi Bank - Luxembourg S.A.

| 18 Account number or other designation <br> 6002 | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held <br> 6D route de Treves |
|---|---|

| 20 City <br> Senningerberg | 21 State, if known | 22 Zip/Postal Code, if known <br> L-2633 | 23 Country <br> Luxembourg |
|---|---|---|---|

| 34 Last Name or Organization Name of Account Owner <br> L&C Lighting Technology, Ltd. | 35 Taxpayer Identification Number of Account Owner <br> Unknown |
|---|---|

| 36 First Name | 37 Middle initial | 38 Address (Number, Street, and Apt. or Suite No.) <br> P.O. Box 7525 |
|---|---|---|

| 39 City <br> Beverly Hills | 40 State <br> CA | 41 Zip/Postal Code <br> 90212 | 42 Country <br> USA |
|---|---|---|---|

**43 Filer's Title with this Owner**
Director

| 15 Maximum value of account during calendar year reported <br> 2839899 | 16 Type of account   a [X] Bank   b [ ] Securities   c [ ] Other - Enter type below |
|---|---|

**17 Name of Financial Institution in which account is held**
RBS Coutts AG

| 18 Account number or other designation <br> 2300 | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held <br> Stauffacherstrasse 1 Postfach |
|---|---|

| 20 City <br> Zurich | 21 State, if known | 22 Zip/Postal Code, if known <br> CH-8022 | 23 Country <br> Switzerland |
|---|---|---|---|

| 34 Last Name or Organization Name of Account Owner <br> L&C Lighting Technology, Ltd. | 35 Taxpayer Identification Number of Account Owner <br> Unknown |
|---|---|

| 36 First Name | 37 Middle initial | 38 Address (Number, Street, and Apt. or Suite No.) <br> P.O. Box 7525 |
|---|---|---|

| 39 City <br> Beverly Hills | 40 State <br> CA | 41 Zip/Postal Code <br> 90212 | 42 Country <br> USA |
|---|---|---|---|

**43 Filer's Title with this Owner**
Director

| 15 Maximum value of account during calendar year reported <br> 2336899 | 16 Type of account   a [ ] Bank   b [ ] Securities   c [ ] Other - Enter type below |
|---|---|

**17 Name of Financial Institution in which account is held**
Union Bancaire Privee

| 18 Account number or other designation <br> 4169 | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held <br> 96-98 rue de Rhone |
|---|---|

| 20 City <br> Geneva | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country <br> Switzerland |
|---|---|---|---|

| 34 Last Name or Organization Name of Account Owner <br> Liform Lite Industrial Co., Ltd. | 35 Taxpayer Identification Number of Account Owner <br> Unknown |
|---|---|

| 36 First Name | 37 Middle initial | 38 Address (Number, Street, and Apt. or Suite No.) <br> P.O. Box 7525 |
|---|---|---|

| 39 City <br> Beverly Hills | 40 State <br> CA | 41 Zip/Postal Code <br> 90212 | 42 Country <br> USA |
|---|---|---|---|

**43 Filer's Title with this Owner**
Director

DXA

Form TD F 90-22.1 ( Rev. 3-2011)

# Exhibit 4

**L & C LIGHTING TECHNOLOGY LTD.**
TrustNet Chambers
Lotemau Centre
P.O. Box 1225
Apia
**SAMOA**

I, **Fariba Cohen** hereby give my consent to act as Director of **L & C LIGHTING TECHNOLOGY LTD.** with effect from the date hereof:

DATED this 12th day of November 2004

Director

# Exhibit 5

**L & C LIGHTING TECHNOLOGY LTD.**

**RESOLUTIONS OF THE DIRECTOR**
dated the 12 November 2004

**RESOLVED THAT:**

Appointment   1.   The following be appointed as Secretary of the Company with effect
of Secretary        immediately following the signing of these resolutions.


**Fariba Cohen**


Director                                    Director

Exhibit 6

The Directors
**L & C LIGHTING TECHNOLOGY LTD.**
TrustNet Chambers
P.O. Box 1225
Lotemau Centre
Apia
**SAMOA**

I, **Fariba Cohen**, hereby give our consent to act as Secretary of **L & C LIGHTING TECHNOLOGY LTD.** with effect from the date hereof.

<u>DATED</u> this 12th November 2004

_____
Secretary

# Exhibit 7

**L & C LIGHTING TECHNOLOGY LTD.**

## RESOLUTIONS BY THE DIRECTORS
### dated the 12th November 2004

Issue of Shares:

**NOTED THAT**

Application for the allotment of shares in the capital of the company have been received by the directors.

**RESOLVED THAT:**

1. The company be authorised to allot shares in the capital of the company as set out below.

| Name of allotees | Number and type of shares |
|---|---|
| Saeed Cohen | 4 common |
| Fariba Cohen | 5 common |

2. If any allotee so requests, a share certificate be issued to the requesting allotee and the director be authorised to witness the affixing of the company seal to any such share certificate.

_____          _____
Director                                    Director

# Exhibit 8

## INTERNATIONAL COMPANY

Certificate No. ___TWO___          Register Folio ___THREE___          Number of Shares ___FIVE___

# SHARE CERTIFICATE

### L & C LIGHTING TECHNOLOGY LTD.
Incorporated in the Samoa under the International Companies Act 1987

**AUTHORISED CAPITAL** ___USD 10,000.00 DIVIDED INTO 20 COMMON SHARES OF USD 500.00 EACH___

Registered Office: TrustNet Chambers, P. O. Box 1225, Apia, Samoa.

## This is to certify that ___FARIBA COHEN___

is the registered holder of ___FIVE___          shares numbered ___SIX to TEN___

as set out on the back of this certificate in

___L & C LIGHTING TECHNOLOGY LTD.___

subject to the Memorandum and Articles of Association of the Company and that there has been paid in respect of each share represented in this Certificate the sum as certified on the back of this Certificate.

This Certificate was sealed by the Company on the ___12th___ day of ___November___ 20___04___

In the presence of:

This certificate is issued on the condition that the directors may refuse to register a transfer of any of the Shares comprised in this Certificate unless and until this Certificate has been deposited in the office of the Company.

SC-19468

Exhibit 9

## L & C LIGHTING TECHNOLOGY LTD.

### RESOLUTIONS OF THE DIRECTORS

#### ENTERED ON THIS 3RD DAY OF DECEMBER 2004

RESOLVED THAT:

1. THE Company open an account with UNION BANCAIRE PRIVEE, Geneva Branch, under the name L & C LIGHTING TECHNOLOGY LIMITED.

2. THE Company hereby appoints Mr. SAEED COHEN and Mrs. FARIBA COHEN the Directors of the Company, each of them individually as the authorized signatory on the account.

3. THE resolutions that form part of the account opening documentation form an integral part of these resolutions.

SAEED COHEN, Director

FARIBA COHEN, Director

# Exhibit 10

The Board of Directors of L&C Lighting Technology Ltd. (The Company) met in
_Los Angeles, CA_ on _Jan. 5, 2005_ and unanimously resolved to:

1. Open a bank account with Bank Leumi (Luxembourg) S.A. in the name and on
   behalf of the Company to carry out any and all banking investment and credit
   activities ;

2. Grant special power of attorney to :

   COHEN Saeed

   COHEN Fariba E.

   to sign alone the necessary application documents ;

3. Designate and appoint  to operate the account jointly / under their
   individual signature :
   COHEN Saeed

   COHEN Fariba E.

   Supply such documentation, sign such documents as may be required to give
   effect to the above.

The above complies in all respects with the articles of incorporation and the
bylaws of the Company. The Board of Directors acknowledges having received a
copy of the General Terms & Conditions of the Bank, and having accepted its
contents.

Place: _Los Angeles CA_

Date: _March 2, 2005_

| Director | Director |
|----------|----------|
| COHEN Saeed | COHEN Fariba E. |

_LA , CA_

SIGNATURE GUARANTEED

_Fari deh zakan Jave_

AUTHORIZED SIGNATURE

bank leumi USA ®
BEVERLY HILLS BRANCH

# Exhibit 11

LAW OFFICES OF

# FRED F. MASHIAN
A PROFESSIONAL CORPORATION
9255 SUNSET BOULEVARD
SUITE 630
LOS ANGELES, CALIFORNIA 90069-3309
TELEPHONE: (310) 274-7501
TELECOPIER: (310) 274-5395
INTERNET: mashian@earthlink.net

FRED F. MASHIAN*°
°ALSO ADMITTED TO PRACTICE
IN DISTRICT OF COLUMBIA
*ADMITTED TO PRACTICE BEFORE U.S. TAX COURT

WRITER'S DIRECT DIAL NUMBER:

REFER TO FILE NUMBER:

February 3, 2005

SAEED COHEN
FARIBA COHEN
P.O. Box 7525
Beverly Hills, CA 90212

Re: **L&C LIGHTING TECHNOLOGY LTD.**

Dear Mr. & Mrs. Cohen:

First, enclosed for your records and safekeeping, please find the corporate binder containing the formation documents for the above referenced company. Please take some time to review the contents, and feel free to contact us if you have any questions with regard the documents contained therein.

Second, As I have indicated to you earlier, you will be required to report the activities of this company, and file various information returns as well as income tax returns and forms for both U.S. Federal Tax purposes as well as State of California. I strongly recommend that you contact your CPA or tax adviser, and provide the details of this company's business activities, so they can prepare and file the proper forms for you and the company in a timely manner.

Finally, since you have indicated that you will be using this company to conduct business in other countries and jurisdictions outside of United States, we recommend you contact local CPA and Tax Adviser in each particular jurisdiction, for any particular business registration and/or tax filing by the particular jurisdiction or country.

Please do not hesitate to contact me. Should you have any questions in this regard.

Sincerely,

FRED F. MASHIAN

Enc/

# Exhibit 12

| SCHEDULES A&B | | Schedule A— Itemized Deductions | OMB No. 1545-0074 |
|---|---|---|---|
| **(Form 1040)** | | *(Schedule B is on back)* | **2008** |
| Department of the Treasury<br>Internal Revenue Service    (99) | | ▶ **Attach to Form 1040.**    ▶ **See Instructions for Schedules A&B (Form 1040).** | Attachment<br>Sequence No. **07** |

Name(s) shown on Form 1040 | Your social security number

**Medical and Dental Expenses**

**Caution.** Do not include expenses reimbursed or paid by others.

| 1 | Medical and dental expenses (see page A-1) | 1 | |
| 2 | Enter amount from Form 1040, line 38 | 2 | |
| 3 | Multiply line 2 by 7.5% (.075) | 3 | |
| 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 |

**Taxes You Paid**

(See page A-2.)

| 5 | State and local (**check only one box**):<br>a ☐ Income taxes, **or**<br>b ☐ General sales taxes | 5 | |
| 6 | Real estate taxes (see page A-5) | 6 | |
| 7 | Personal property taxes | 7 | |
| 8 | Other taxes. List type and amount ▶ .............................. | 8 | |
| 9 | Add lines 5 through 8 | | 9 |

**Interest You Paid**

(See page A-5.)

**Note.** Personal interest is not deductible.

| 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | |
| 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-6 and show that person's name, identifying no., and address ▶<br>.............................................. | 11 | |
| 12 | Points not reported to you on Form 1098. See page A-6 for special rules | 12 | |
| 13 | Qualified mortgage insurance premiums (see page A-6) | 13 | |
| 14 | Investment interest. Attach Form 4952 if required. (See page A-6.) | 14 | |
| 15 | Add lines 10 through 14 | | 15 |

**Gifts to Charity**

If you made a gift and got a benefit for it, see page A-7.

| 16 | Gifts by cash or check. If you made any gift of $250 or more, see page A-7 | 16 | |
| 17 | Other than by cash or check. If any gift of $250 or more, see page A-8. You **must** attach Form 8283 if over $500 | 17 | |
| 18 | Carryover from prior year | 18 | |
| 19 | Add lines 16 through 18 | | 19 |

**Casualty and Theft Losses**

| 20 | Casualty or theft loss(es). Attach Form 4684. (See page A-8.) | | 20 |

**Job Expenses and Certain Miscellaneous Deductions**

(See page A-9.)

| 21 | Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See page A-9.) ▶ | 21 | |
| 22 | Tax preparation fees | 22 | |
| 23 | Other expenses—investment, safe deposit box, etc. List type and amount ▶<br>.............................. | 23 | |
| 24 | Add lines 21 through 23 | 24 | |
| 25 | Enter amount from Form 1040, line 38 | 25 | |
| 26 | Multiply line 25 by 2% (.02) | 26 | |
| 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | 27 |

**Other Miscellaneous Deductions**

| 28 | Other—from list on page A-10. List type and amount ▶<br>.............................................. | | 28 |

**Total Itemized Deductions**

| 29 | Is Form 1040, line 38, over $159,950 (over $79,975 if married filing separately)?<br>☐ **No.**  Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40.<br>☐ **Yes.**  Your deduction may be limited. See page A-10 for the amount to enter. | ▶ | 29 |
| 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here    ▶ ☐ | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.          Cat. No. 11330X          **Schedule A (Form 1040) 2008**

Schedules A&B (Form 1040) 2008     OMB No. 1545-0074     Page **2**

Name(s) shown on Form 1040. Do not enter name and social security number if shown on other side. | **Your social security number**

# Schedule B—Interest and Ordinary Dividends

Attachment
Sequence No. **08**

| | | | **Amount** |
|---|---|---|---|
| **Part I**<br>**Interest**<br><br>(See page B-1<br>and the<br>instructions for<br>Form 1040,<br>line 8a.)<br><br>**Note.** If you<br>received a Form<br>1099-INT, Form<br>1099-OID, or<br>substitute<br>statement from<br>a brokerage firm,<br>list the firm's<br>name as the<br>payer and enter<br>the total interest<br>shown on that<br>form. | **1** | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶ | **1** |
| | **2** | Add the amounts on line 1 . . . . . . . . . . . . . | **2** |
| | **3** | Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 . . . . . . . . . . . . . | **3** |
| | **4** | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | **4** |

**Note.** If line 4 is over $1,500, you must complete Part III.

| | | | **Amount** |
|---|---|---|---|
| **Part II**<br>**Ordinary**<br>**Dividends**<br><br>(See page B-1<br>and the<br>instructions for<br>Form 1040,<br>line 9a.)<br><br>**Note.** If you<br>received a Form<br>1099-DIV or<br>substitute<br>statement from<br>a brokerage firm,<br>list the firm's<br>name as the<br>payer and enter<br>the ordinary<br>dividends shown<br>on that form. | **5** | List name of payer ▶ | **5** |
| | **6** | Add the amounts on line 5. Enter the total here and on Form 1040, line 9a . ▶ | **6** |

**Note.** If line 6 is over $1,500, you must complete Part III.

| **Part III**<br>**Foreign**<br>**Accounts**<br>**and Trusts**<br><br>(See<br>page B-2.) | You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; or **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | | **Yes** | **No** |
|---|---|---|---|---|
| | **7a** | At any time during 2008, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See page B-2 for exceptions and filing requirements for Form TD F 90-22.1. . . . . . . . | | |
| | **b** | If "Yes," enter the name of the foreign country ▶ | | |
| | **8** | During 2008, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See page B-2 . . . . . . . . | | |

**For Paperwork Reduction Act Notice, see Form 1040 instructions.**        **Schedule B (Form 1040) 2008**

# Exhibit 13

 *If you received dividends as a nominee, you must give the actual owner a Form 1099-DIV unless the owner is your spouse. You must also file a Form 1096 and a Form 1099-DIV with the IRS. For more details, see the* General Instructions for Forms 1099, 1098, 5498, and W-2G *and the* Instructions for Form 1099-DIV.

# Part III. Foreign Accounts and Trusts

## Lines 7a and 7b
### Foreign Accounts

### Line 7a

Check the "Yes" box on line 7a if either (1) or (2) below applies.

1. You own more than 50% of the stock in any corporation that owns one or more foreign bank accounts.

2. At any time during 2008 you had an interest in or signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account).

 *For line 7a, item (2) does not apply to foreign securities held in a U.S. securities account.*

**Exceptions.** Check the "No" box if any of the following applies to you.

• The combined value of the accounts was $10,000 or less during the whole year.

• The accounts were with a U.S. military banking facility operated by a U.S. financial institution.

• You were an officer or employee of a commercial bank that is supervised by the Comptroller of the Currency, the Board of Governors of the Federal Reserve System, or the Federal Deposit Insurance Corporation; the account was in your employer's name; and you did not have a personal financial interest in the account.

• You were an officer or employee of a domestic corporation with securities listed on national securities exchanges or with assets of more than $10 million and 500 or more shareholders of record; the account was in your employer's name; you did not have a personal financial interest in the account; and the corporation's chief financial officer has given you written notice that the corporation has filed a current report that includes the account.

See Form TD F 90-22.1 to find out if you are considered to have an interest in or signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account). You can get Form TD F 90-22.1 by visiting the IRS website at *www.irs.gov/pub/irs-pdf/f90221.pdf.*

If you checked the "Yes" box on line 7a, file Form TD F 90-22.1 by June 30, 2009, with the Department of the Treasury at the address shown on that form. Do not attach it to Form 1040.

 *If you are required to file Form TD F 90-22.1 but do not do so, you may have to pay a penalty of up to $10,000 (more in some cases).*

## Line 7b

If you checked the "Yes" box on line 7a, enter the name of the foreign country or countries in the space provided on line 7b. Attach a separate statement if you need more space.

## Line 8
### Foreign Trusts

If you received a distribution from a foreign trust, you must provide additional information. For this purpose, a loan of cash or marketable securities generally is considered to be a distribution. See Form 3520 for details.

If you were the grantor of, or transferor to, a foreign trust that existed during 2008, you may have to file Form 3520.

Do not attach Form 3520 to Form 1040. Instead, file it at the address shown in its instructions.

If you were treated as the owner of a foreign trust under the grantor trust rules, you are also responsible generally for ensuring that the foreign trust files Form 3520-A. Form 3520-A is due on March 16, 2009, for a calendar year trust. See the instructions for Form 3520-A for more details.

*Printed on recycled paper*

Exhibit 14

Jul 16 2010 9:12PM   HP LASERJET FAX                                      p.6

Oct 13 09 09:23a    steve                      3232313200            p.1

Form **8879**

IRS e-file Signature Authorization
► Do not send to the IRS. This is not a tax return.
► Keep this form for your records. See Instructions.

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0074

**2008**

Declaration Control Number (DCN)   00560243802202

Taxpayer's name                                      Social security number
Samad          Cohen                                 0896

Spouse's name                                        Spouse's social security number
Charles Kity   Cohen                                 3320

**Part I   Tax Return Information—Tax Year Ending December 31, 2008 (Whole Dollars Only)**

| | | |
|---|---|---|
| 1 Adjusted gross income (Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 4) | 1 | 2,343,345 |
| 2 Total tax (Form 1040, line 61; Form 1040A, line 37; Form 1040EZ, line 11) | 2 | 523,446 |
| 3 Federal income tax withheld (Form 1040, line 62; Form 1040A, line 38; Form 1040EZ, line 7) | 3 | 149,500 |
| 4 Refund (Form 1040, line 73a; Form 1040A, line 44a; Form 1040EZ, line 12a; Form 1040-SS, Part I, line 12a) | 4 | 777,058 |
| 5 Amount you owe (Form 1040, line 76; Form 1040A, line 47; Form 1040EZ, line 10) | 5 | |

**Part II   Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)**

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2008, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) an indication of any refund offset, (c) the reason for any delay in processing the return or refund, and (d) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my Federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

Taxpayer's PIN: check one box only

☒ I authorize   Rumi, Nouh, Fand & Nowshahter, LLP   to enter or generate my PIN [ 90210 ]
                  ERO firm name                                                    Enter five numbers, but
                                                                                  do not enter all zeros
as my signature on my tax year 2008 electronically filed income tax return.

☐ I will enter my PIN as my signature on my tax year 2008 electronically filed income tax return. Check this box only if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ►                                              Date ► 9/29/09

Spouse's PIN: check one box only

☒ I authorize   Rumi, Nouh, Fand & Nowshahter, LLP   to enter or generate my PIN [ 90210 ]
                  ERO firm name                                                    Enter five numbers, but
                                                                                  do not enter all zeros
as my signature on my tax year 2008 electronically filed income tax return.

☐ I will enter my PIN as my signature on my tax year 2008 electronically filed income tax return. Check this box only if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ►                                         Date ► 9/29/09

**Practitioner PIN Method Returns Only—continue below**

**Part III   Certification and Authentication—Practitioner PIN Method Only**

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN.   [ 95824353333 ]
                                                                                              do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2008 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and Publication 1345, Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns.

ERO's signature ►                                            Date ► 9/29/09

ERO Must Retain This Form — See Instructions
Do Not Submit This Form to the IRS Unless Requested To Do So

For Paperwork Reduction Act Notice, see back of form.                          Form **8879** (2008)

# Exhibit 15

Form **8879**

Department of the Treasury
Internal Revenue Service

## IRS e-*file* Signature Authorization

► **Do not send to the IRS. This is not a tax return.**
► **Keep this form for your records. See instructions.**

OMB No. 1545-0074

20**08**

Declaration Control Number (DCN) ►

| Taxpayer's name | Social security number |
|---|---|
| Spouse's name | Spouse's social security number |

| **Part I** | **Tax Return Information—Tax Year Ending December 31, 2008** (Whole Dollars Only) | |
|---|---|---|
| **1** | Adjusted gross income (Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 4) | **1** |
| **2** | Total tax (Form 1040, line 61; Form 1040A, line 37; Form 1040EZ, line 11) | **2** |
| **3** | Federal income tax withheld (Form 1040, line 62; Form 1040A, line 38; Form 1040EZ, line 7) | **3** |
| **4** | Refund (Form 1040, line 73a; Form 1040A, line 45a; Form 1040EZ, line 12a; Form 1040-SS, Part I, line 12a) | **4** |
| **5** | Amount you owe (Form 1040, line 75; Form 1040A, line 47; Form 1040EZ, line 13) | **5** |

| **Part II** | **Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)** |
|---|---|

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2008, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** an indication of any refund offset, **(c)** the reason for any delay in processing the return or refund, and **(d)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my Federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. I further understand that this authorization may apply to future Federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). In order for me to initiate future payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

☐ I authorize _____ to enter or generate my PIN  ⬛⬛⬛⬛⬛
ERO firm name

Enter five numbers, but
do not enter all zeros

as my signature on my tax year 2008 electronically filed income tax return.

☐ I will enter my PIN as my signature on my tax year 2008 electronically filed income tax return. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ► _____  Date ► _____

**Spouse's PIN: check one box only**

☐ I authorize _____ to enter or generate my PIN  ⬛⬛⬛⬛⬛
ERO firm name

Enter five numbers, but
do not enter all zeros

as my signature on my tax year 2008 electronically filed income tax return.

☐ I will enter my PIN as my signature on my tax year 2008 electronically filed income tax return. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ► _____  Date ► _____

## Practitioner PIN Method Returns Only— continue below

| **Part III** | **Certification and Authentication—Practitioner PIN Method Only** |
|---|---|

**ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN.**  ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2008 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and **Publication 1345,** Handbook for Authorized IRS e-*file* Providers of Individual Income Tax Returns.

ERO's signature ► _____  Date ► _____

### ERO Must Retain This Form — See Instructions
### Do Not Submit This Form to the IRS Unless Requested To Do So

For Paperwork Reduction Act Notice, see back of form.  Cat. No. 32778X  Form **8879** (2008)

Form 8879 (2008)

Page **2**

## Purpose of Form

Form 8879 is the declaration document and signature authorization for an e-filed return filed by an electronic return originator (ERO). Complete Form 8879 when the Practitioner PIN method is used or when the taxpayer authorizes the ERO to enter or generate the taxpayer's personal identification number (PIN) on his or her e-filed individual income tax return.

 *Do not send this form to the IRS. The ERO must retain Form 8879.*

## When and How To Complete

Use this chart to determine when and how to complete Form 8879.

| IF the ERO is . . . | THEN . . . |
|---|---|
| Not using the Practitioner PIN method and the taxpayer enters his or her own PIN | Do not complete Form 8879. |
| Using the Practitioner PIN method and is authorized to enter or generate the taxpayer's PIN | Complete Form 8879, Parts I, II, and III. |
| Using the Practitioner PIN method and the taxpayer enters his or her own PIN | Complete Form 8879, Parts I, II, and III. |
| Not using the Practitioner PIN method and is authorized to enter or generate the taxpayer's PIN | Complete Form 8879, Parts I and II. |

## ERO Responsibilities

The ERO will:

**1.** Enter the name(s) and social security number(s) of the taxpayer(s) at the top of the form.

**2.** Complete Part I using the amounts (zeros may be entered when appropriate) from the taxpayer's 2008 tax return. Form 1040-SS filers leave lines 1 through 3 and line 5 blank.

**3.** Enter or generate, if authorized by the taxpayer, the taxpayer's PIN and enter it in the boxes provided in Part II.

**4.** Enter on the authorization line in Part II the ERO firm name (not the name of the individual preparing the return) if the ERO is authorized to enter or generate the taxpayer's PIN.

**5.** After completing (1) through (4), give the taxpayer Form 8879 for completion and review. This can be done in person or by using the U.S. mail, a private delivery service, email, or an Internet website.

**6.** Enter the 14-digit Declaration Control Number (DCN) assigned to the tax return, after the taxpayer completes Part II. See Part I of Pub. 1346, Electronic Return File Specifications and Record Layouts for Individual Income Tax Returns. Pub. 1346 is available on the Internet at *www.irs.gov.*

 *You must receive the completed and signed Form 8879 from the taxpayer before the electronic return is transmitted (or released for transmission).*

## Taxpayer Responsibilities

Taxpayers have the following responsibilities: (a) to verify the accuracy of the prepared income tax return, including direct deposit information, (b) to check the appropriate box in Part II to authorize the ERO to enter or generate their PIN or to do it themselves, (c) to indicate or verify their PIN when authorizing the ERO to enter or generate it (the PIN must be *five* numbers other than all zeros), (d) to sign and date Form 8879, and (e) to return the completed Form 8879 to the ERO by hand delivery, U.S. mail, private delivery service, or fax. Your return will not be transmitted to the IRS until the ERO receives your signed Form 8879.

**Refund information.** You can check on the status of your 2008 refund if it has been at least 3 weeks from the date your return was filed. To check the status of your 2008 refund, do one of the following.

● Go to *www.irs.gov* and click on *"Where's My Refund."*

● Call 1-800-829-4477 for automated refund information and follow the recorded instructions.

● Call 1-800-829-1954.

## Important Notes for EROs

● Do not send Form 8879 to the IRS unless requested to do so. Retain the completed Form 8879 for 3 years from the return due date or IRS received date, whichever is later. Form 8879 may be retained electronically in accordance with the recordkeeping guidelines in Rev. Proc. 97-22, which is on page 9 of Internal Revenue Bulletin 1997-13 at *www.irs.gov/pub/irs-irbs/irb97-13.pdf.*

● You should confirm the identity of the taxpayer(s). For additional guidance, see Pub. 1345, Handbook for Authorized IRS *e-file* Providers of Individual Income Tax Returns.

● Complete Part III only if you are filing the return using the Practitioner PIN method. You are not required to enter the taxpayer's date of birth, prior year adjusted gross income, or PIN in the Authentication Record of the electronically filed return.

● If you are not using the Practitioner PIN method, enter the taxpayer's date of birth and either the adjusted gross income or the PIN, or both, from the taxpayer's prior year originally filed return in the Authentication Record of the taxpayer's electronically filed return. **Do not** use an amount from an amended return or a math error correction made by the IRS.

● Enter the taxpayer's PIN(s) on the input screen only if the taxpayer has authorized you to do so. If married filing jointly, it is acceptable for one spouse to authorize you to enter his or her PIN, and for the other spouse to enter his or her own PIN. It is not acceptable for a taxpayer to select or enter the PIN of an absent spouse.

● Taxpayers must use a PIN to sign their e-filed individual income tax return transmitted by an ERO.

● Provide the taxpayer with a copy of the signed Form 8879 for his or her records upon request.

● Provide the taxpayer with a corrected copy of Form 8879 if changes are made to the return (for example, based on taxpayer review).

● For more information, see Pub. 1345 and Pub. 1345A, Filing Season Supplement for Authorized IRS *e-file* Providers. Also, go to *www.irs.gov/efile* and select *e-file For Tax Professionals.*

● EROs can sign the form using a rubber stamp, mechanical device, or computer software program. See Notice 2007-79 for more information.

**Paperwork Reduction Act Notice.** We ask for this information to carry out the Internal Revenue laws of the United States. You are required to give us the information. We need it to ensure that you are complying with these laws and to allow us to figure and collect the right amount of tax.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Internal Revenue Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For the estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

# Exhibit 16

30.12.2009

6002-USD-2410-01
IBAN LU84 3921 2160 02US D801

## STATEMENT
## EXTRAIT DE COMPTE
## KONTOAUSZUG

L&C LIGHTING TECHNOLOGY LTD.

TO BE RETAINED

STATEMENT No     1
Page 1/1

| DATE | VALUE | NARRATIVE | DEBIT | CREDIT | BALANCE |
|------|-------|-----------|-------|--------|---------|
| 30 DEC 08 | | Balance brought forward | | | 200.00DR |
| 31 DEC 08 | | 010159 DEP INC TO 31MAR09 | 6,206,000.00 ₂₀₀₉ | | |
| 31 DEC 08 | | 008617 DEP REPAY VAL 31DEC08 | | 6,198,784.19 | |
| 31 DEC 08 | | 008617 INT PAY VAL 31DEC08 | | 7,663.99 | 248.18CR |
| 31 MAR 09 | | 013709 DEP INC TO 30JUN09 | 6,218,604.00 | | |
| 31 MAR 09 | | 010159 DEP REPAY VAL 31MAR09 | | 6,206,000.00 | |
| 31 MAR 09 | | 010159 INT PAY VAL 31MAR09 | | 12,356.74 | 0.92CR |
| 25 JUN 09 | | SBLC FEES USD 6000000 | 30,000.00 | | 29,999.08DR |
| 30 JUN 09 | 01 JUL 09 | INTEREST ON CURRENT ACCOUNT | 23.34 | | |
| 30 JUN 09 | | 013709 DEP REPAY VAL 30JUN09 | | 6,218,604.00 | |
| 30 JUN 09 | | 013709 INT PAY VAL 30JUN09 | | 10,813.98 | 6,199,395.56CR |
| 15 JUL 09 | | 017516 DEP INC TO 15JUL10 | 6,199,395.56 ₂₀₁₀ | | 0.00 |
| 14 DEC 09 | | MAINTENANCE FEES 2009 | 250.00 | | 250.00DR |
| 22 DEC 09 | | HOLD MAIL FEES | 250.00 | | |

| S.E. & O. | Balance carried forward USD | 500.00DR |
|-----------|------------------------------|----------|

*V⁰ Deposit/Repayment — Money Market*
*V Interest Income*

This statement is governed by our General Terms and Conditions and
by the particular conditions printed on reverse side.



Exhibit 17

# Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

**Case Name:** FARIBA COHEN

**SSN/EIN:** ▮3820

**Calendar Year:** 12/31/2008

**Proposed Penalty:**

**Foreign Account Number(s):**

**Foreign Bank:**

| | | | |
|---|---|---|---|
| 1. Willful Failure to Report - 31 USC 5321 (a)(5) | $1,549,849.00 | 1006216002 | BANK LEUMI LUXEMBOURG |
| | $0.00 | | |
| | $0.00 | | |
| | $0.00 | | |
| | $0.00 | | |
| | $0.00 | | |

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect hereto may indicate to be proper.

Thursday, May 22, 2014

CTR Operations Manager, Enterprise Computing Cente

Page 1 of 1

# Exhibit 18

 **Department of the Treasury**
**Internal Revenue Service**

**IRS**

Date:
March 5, 2015

Taxpayer ID number:
3820

Form:
TD F 90-22.1

Calendar year(s):
2008

Fariba Ely Cohen

Redondo Beach, CA  90277

Person to contact:
N. Beasley

Contact telephone number:
313/234-1611

Employee ID number:
258949

Dear Mr. Cohen;

**Why we are sending you this letter**
This letter is to demand payment of the Report of Foreign Bank and Financial Accounts (FBAR) penalty assessed to you 03/05/2014, under section 5321(a)(5) or 5321(a)(6) of Title 31 of the U.S. Code. You previously received Letter 3709 explaining the reasons you owe this amount and how the penalty assessment applies to the facts and circumstances of your case.

**Account summary**

| Calendar Year(s): | Current Balance: |
|---|---|
| 12/31/2008 | 1,549,849.00 |
| Total: | 1,549,849.00 |

**Payment instructions**
Within 30 days after the date of this letter, send a check or money order payable to the United States Treasury for the amount designated above. Include the following information on your check:

    1.) FBAR (Report of Foreign Bank and Financial Accounts),
    2.) Calendar year, and
    3.) Social security number or employee identification number. Mail your payment to the following
       address:

                Internal Revenue Service
                Detroit Computing Center
                P. O. BOX 33115
                Detroit, MI  48232-0115

If you can't pay the amount in full within 30 days from the date of this letter, send what you can pay. If you want to apply for an installment agreement to make monthly payments on the amount due, let us know in writing with your payment. We will forward your request to pay in installments to the Department of Treasury's Financial Management Service for processing. If you pay in installments, you will be charged interest at the rate of   1   % per year and an additional debt servicing fee of approximately 18% of the penalty amount.

**Interest and penalties**
If you don't pay the amount owed in full within 30 days from the date of this letter, you will incur interest charges and a late payment penalty.

In accordance with 31 U.S.C. § 3717(a)-(d), interest will accrue at the rate of   1   % per year. Interest will begin to be charged as of the date of this letter if payment isn't received within 30 days. No interest will be charged if payment is received within 30 days from the date of this letter.

In accordance with 31 U.S.C. § 3717(e)(2), a late payment penalty charge of 6% each year will be assessed on any portion of the penalty that remains unpaid 90 days from the date of this letter.

Interest and penalties will be charged unless excused in accordance with 31 C.F.R. § 5.5.

**Collection costs**
In accordance with 31 U.S.C. § 3717(e)(1), if you don't pay the penalty in full within 30 days after the date of this letter, you may also be liable for additional costs associated with processing and handling a delinquent debt. See the section below on "Collection enforcement action" for more information about these additional costs.

**Collection enforcement action**
If you fail to remit payment within 30 days after the date of this letter, any of the following actions may be taken to enforce collection, which may result in additional costs to you:

- Referral to the Department of Justice to initiate litigation against you.
- Referral to the Department of the Treasury's Financial Management Service. (This referral involves an additional debt-servicing fee that is approximately 18% of the balance due.)
- Referral to private collection agencies. (Referral to a private collection agency increases the additional debt-servicing fee from approximately 18% to 28% of the balance due.)
- Offset of federal payments such as income tax refunds and certain benefit payments such as social security.
- Administrative wage garnishment.
- Revocation or suspension of federal licenses, permits or privileges.
- Ineligibility for federal loans, loan insurance or guarantees.

**Contesting the penalty assessment**
If you didn't request an administrative review of the penalty proposed in Letter 3709, or if new situations have occurred since your administrative review, you may still request a hearing in our Appeals Office. The hearing must be requested in writing, within 30 days from the date of this letter, by following the requirements provided in Letter 3709.

Mail your request to the following address:

> Internal Revenue Service
> Detroit Computing Center
> P. O. BOX 33113
> Detroit, MI  48232-0113

At the hearing, you may present any evidence to show you don't owe the debt, that the debt isn't delinquent, or that it isn't legally enforceable.

Besides this administrative review, if you want to try to recover FBAR penalties previously paid, you may be able to sue in the United States District Court or the United States Court of Federal Claims. For more information about filing suit in federal court, contact the clerk of your U.S. District Court or the U.S. Court of Federal Claims.

If you have questions, you can contact the person identified in the heading of this letter.

Thank you for your cooperation.

Sincerely,

Leah Smith-Pope
CTR Operations Department Manager

Enclosures:
Envelope
Copy of this Notice

# Exhibit 19



**United States** of America

## Department of the Treasury
## Internal Revenue Service

Date:  September 27, 2016

### CERTIFICATE OF OFFICIAL RECORD

I certify that the attached page is a true copy from the Department of Treasury's Bureau of Fiscal Service

FedDebt database system of summaries that show the outstanding balance for FBAR penalties that were

assessed (identified as "Principal"), a late-payment penalty as authorized by 31 U.S.C. § 3717(e)(2) and

31 CFR § 5.5(a) (Identified as "Penalty"), and accrued interest as of September 27, 2016 for Fariba Ely

Cohen.

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set
my hand, and caused the seal of this office to be
affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:
Director, IRS Detroit Computing Center

By:  Leah Smith-Pope
Department Manager, CTR Operations

Catalog Number 19002E

Form 2866 (Rev. 09-97)

# Case balance inquiry

Case ID: [1500263867A]        As-of date: [9/27/2016]    (mm/dd/yyyy)

[ Refresh ]

Case ID: **1500263867A**                    As-of date: **9/27/2016**
Original liability: **100%**                  Current liability: **%**
Original location: **BDMOC**                  Current location: **20**
Debtor name: **FARIBA ELY COHEN**

| Referred balance components | | Fees charged to debtor | |
|---|---|---|---|
| Principal: | $1,549,849.00 | DMS fee: | $0.00 |
| Interest: | $0.00 | PCA fee: | $0.00 |
| Admin cost: | $0.00 | PCA bonus fee: | $0.00 |
| Penalty: | $0.00 | Total DOJ fees: | $0.00 |
| Referred balance: | $1,549,849.00 | DOJ fee: | $0.00 |
| | | Court cost: | $0.00 |
| | | Private counsel fee: | $0.00 |
| **As-of date balance components** | | TOP fee: | $0.00 |
| Principal: | $1,549,849.00 | Debtor fees balance: | $0.00 |
| Interest: | $24,288.05 | | |
| Admin cost: | $0.00 | **Total fees (actual plus potential)** | |
| Penalty: | $145,728.27 | DMS fee: | $0.00 |
| Adjusted balance: | $1,719,865.32 | PCA fee: | $0.00 |
| | | PCA bonus fee: | $0.00 |
| **Remaining potential fees** | | Total DOJ fees: | $0.00 |
| DMS fee: | $0.00 | DOJ fee: | $0.00 |
| PCA fee: | $0.00 | Court cost: | $0.00 |
| PCA bonus fee: | $0.00 | Private counsel fee: | $0.00 |
| DOJ fee: | $0.00 | TOP fee: | $0.00 |
| Potential fees balance: | $0.00 | Total fees balance: | $0.00 |
| | | | |
| **As-of date balance** | **$1,719,865.32** | **Total overage:** | $0.00 |

[ View debt balance ]    [ Exit ]