```
SANDRA R. BROWN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
        Federal Building, Suite 7211
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-4600
        Facsimile: (213) 894-0115
        E-mail: Gavin.Greene@usdoj.gov
```

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. CV 17-1652 MWF (JCx) |
| Plaintiff, | Stipulation to Extend the Due Date to Answer or Otherwise Respond to the Complaint Until September 1, 2017 |
| v. | |
| Fariba Ely Cohen, | [Proposed] Order Extending the Due Date to Answer or Otherwise Respond to the Complaint lodged concurrently |
| Defendant. | |

  The United States of America (Plaintiff) and Fariba Cohen (Defendant) stipulate as follows:

  1. On March 31, 2017, Plaintiff served the Summons and Complaint on Defendant.

  2. The original response date would have been April 21, 2017, but the parties agreed to extend Defendant's time to respond to the Complaint until May 19, 2017, pursuant to Local Rule 8-3.

1

3. On May 26, 2017, the Court issued an Order to Show Cause Re: Dismissal for Lack of Prosecution (document number 10) requiring a written response by June 9, 2017. The Court provided that either an Answer by the defendant or an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a) by that time would also be an appropriate response to the Order to Show Cause.

4. The parties have been in communication in an attempt to reach a settlement in this case. Defendant has proposed a settlement which will take time for the United States to evaluate, and if appropriate seek the relevant approvals.

5. To preserve the resources of the parties and the Court, Plaintiff and Defendant request that the due date for Defendant to answer or otherwise respond to the Complaint be continued to September 1, 2017.

**IT IS SO STIPULATED.**

Respectfully submitted,

SANDRA R. BROWN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

Dated: June 1, 2017         /s/
GAVIN L. GREENE
Assistant United States Attorney
Attorneys for the United States of America


MORGAN LEWIS

Dated: June 1, 2017         /s/
NATHAN J. HOCHMAN
Attorneys for Fariba Ely Cohen

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Gavin Greene, attest that Nathan Hochman, the other signatory listed, and on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

2

# PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.

On **June 1, 2017,** I served **Stipulation to Extend the Due Date to Answer or Otherwise Respond to the Complaint Until September 1, 2017 and [Proposed] Order Extending the Due Date to Answer or Otherwise Respond to the Complaint** on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.  I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

**Morgan Lewis**

**Attn: Nathan Hochman**

**The Water Garden, Ste. 2050 North**

**1601 Cloverfield Blvd.**

**Santa Monica, CA 90404-4082**

Date of mailing:  **June 1, 2017**

Place of mailing: Los Angeles, California

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **June 1, 2017** Los Angeles, California.

_____/s/_____
**MARIA LUISA Q. PARCON**