SANDRA R. BROWN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
     Federal Building, Suite 7211
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-4600
     Facsimile: (213) 894-0115
     E-mail: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>       v.<br><br>Fariba Ely Cohen,<br><br>       Defendant. | Case No. CV 17-1652 MWF (JCx)<br><br>Order Extending the Due Date to Answer or Otherwise Respond to the Complaint |

1

Based on the Stipulation to Extend the Due Date to Answer or Otherwise Respond to the Complaint Until September 1, 2017, and for good cause thereon:

**IT IS ORDERED** September 1, 2017 is the last day for Fariba Cohen to answer or otherwise respond to Plaintiff's Complaint.

**IT IS FURTHER ORDERED** that the Order to Show Cause Re: Dismissal for Lack of Prosecution (document number 10) is satisfied.

**IT IS SO ORDERED**.

Dated:  June 1, 2017

_____
Honorable Michael W. Fitzgerald
United States District Judge

Respectfully submitted,
SANDRA R. BROWN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division


/s/
GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America