NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    E-mail: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| United States of America, | Case No. CV 17-1652 MWF (JCx) |
|---|---|
| Plaintiff, | Fourth Order Continuing Trial and Other Dates |
| v. | |
| Fariba Ely Cohen, | |
| Defendant. | |

    Based on the Fourth Stipulation to Extend Discovery and Trial Dates, and for good cause appearing:

///

///

///

1

**IT IS FURTHER ORDERED** that the scheduled dates listed in the Court's Order dated May 2, 2019 (document number 47) are vacated and the following new dates are established:

| | |
|---|---|
| Non-expert Discovery Cut-off | November 18, 2019 |
| Last Day to Hear Motions | December 16, 2019 |
| Last Day to Conduct ADR Proceeding | January 13, 2020 |
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | February 3, 2020 |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict forms, file statement regarding Disputed Instructions and Verdict Forms, and file oppositions | February 17, 2020 |
| Final Pretrial Conference and Hearing on Motions in Limine | March 16, 2020, at 11:00 a.m. |
| Trial Date (Est. 3 Days) | March 31, 2020, at 8:30 a.m. |

**IT IS SO ORDERED.**

DATED: July 19, 2019

_____
Michael W. Fitzgerald
United States District Judge

Presented by:
NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

/s/
GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America

2