# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:17-cv-01652-MWF-(JCx) | Date | January 9, 2020 |
|---|---|---|---|
| Title | United States of America v. Fariba Ely Cohen | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge |
|---|---|

| Kerri Hays | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Gavin L. Greene | Gary M. Slavett |
| | David J. Warner |

**Proceedings:**     **SETTLEMENT CONFERENCE**

    A Settlement Conference in this matter was held on January 9, 2020. Plaintiff's counsel Gavin Green was present. Plaintiff's representative, Ann Reid, Chief, Office of Review, Department of Justice, was telephonically present. Defendant's counsel Gary Slavett and David Warner were present with Defendant Fariba Ely Cohen.

    The parties conferred with the Court. The case did not settle.

|  |  | 3 | : | 40 |
|---|---|---|---|---|
|  | Initials of Preparer | klh | | |