NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ROBERT F. CONTE (Cal. Bar No. 157582)
Assistant United States Attorney
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    E-mail: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>        v.<br><br>Fariba Ely Cohen,<br><br>    Defendant. | Case No. CV 17-1652 MWF (JCx)<br><br>Sixth Order Continuing Trial and Other Dates |

    Based on the Sixth Stipulation to Extend Trial and Other Dates, and for good cause appearing:

///

///

///

1

**IT IS FURTHER ORDERED** that the scheduled dates listed in the Court's Order dated January 17, 2020 (document number 65) are vacated and the following new dates are established:

| | |
|---|---|
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | June 8, 2020 |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict forms, file statement regarding Disputed Instructions and Verdict Forms, and file oppositions | June 22, 2020 |
| Final Pretrial Conference and Hearing on Motions in Limine | July 20, 2020, at 11:00 a.m. |
| Trial Date (Est. 3 Days) | August 4, 2020, at 8:30 a.m. |

**IT IS SO ORDERED.**

DATED: March 20, 2020

Michael W. Fitzgerald
United States District Judge

Presented by:
NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

/s/
GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America

2