NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>              v.<br><br>Fariba Ely Cohen,<br><br>    Defendant. | Case No. CV 17-1652 MWF (JCx)<br><br>Seventh Order Continuing Trial and Other Dates |

Based on the Seventh Stipulation to Extend Trial and Other Dates, and for good cause appearing:

**IT IS ORDERED** that the scheduled dates listed in the Court's Order dated May 20, 2020 (document number 67) are vacated and the following new dates are established:

| | |
|---|---|
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | August 10, 2020 |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict forms, file statement regarding Disputed Instructions and Verdict Forms, and file oppositions | August 24, 2020 |

1

| Final Pretrial Conference and Hearing on Motions in Limine | September 21, 2020, at 11:00 a.m. |
| Jury Trial (Est. 3 Days) | October 6, 2020, at 8:30 a.m. |

**IT IS SO ORDERED.**

DATED:  May 15, 2020

Michael W. Fitzgerald
United States District Judge