TRACY L. WILKISON
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ROBERT F. CONTE (Cal. Bar No. 157582)
Assistant United States Attorney
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    E-mail: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Fariba Ely Cohen,<br><br>    Defendant. | Case No. CV 17-1652 MWF (JCx)<br><br>Stipulation to Set Pretrial and Trial Dates; [Proposed] Order lodged concurrently |

Pursuant to the Court's Scheduling Notice and Order, ECF document number 97, the parties stipulate to proceed with an in-person Court Trial and request the following dates:

| | |
|---|---|
| Final Pretrial Conference and Hearing on Motions in Limine | April 18, 2022, at 11:00 a.m. |
| Trial Date (Est. 3 Days), In-person Court Trial | May 3, 2022, at 8:30 a.m. |

Respectfully submitted,

TRACY L. WILKISON
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

Dated: 2/2/2022

GAVIN L. GREENE / ROBERT F. CONTE
Assistant United States Attorney
Attorneys for the United States of America

HOLTZ, SLAVETT & DRABKIN, APLC

Dated: 2/1/2022

GARY M. SLAVETT
Attorneys for Defendant Fariba Ely Cohen