UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Fariba Ely Cohen,<br><br>　　Defendant. | Case No. CV 17-1652 MWF (JCx)<br><br>ORDER RE-SETTING FINAL PRETRIAL CONFERENCE AND COURT TRIAL DATES |

　　Based on the Stipulation to Set Pretrial and Trial Dates and further discussion with counsel, and for good cause appearing:

　　**IT IS ORDERED** that the following new dates are established:

| | |
|---|---|
| Final Pretrial Conference and Hearing on Motions in Limine | May 2, 2022, at 11:00 a.m. |
| Trial Date (Est. 3 Days), In-person Court Trial | May 17, 2022, at 8:30 a.m. |

　　**IT IS SO ORDERED.**

Dated:  February 2, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　United States District Judge

1