TRACY L. WILKISON
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ROBERT F. CONTE (Cal. Bar No. 157582)
Assistant United States Attorney
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    E-mail: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. CV 17-1652 MWF (JCx) |
|     Plaintiff, | Stipulation to reduce FBAR penalty to judgment |
|     v. | [Proposed] Judgment, lodged concurrently |
| Fariba Ely Cohen, | |
|     Defendant. | No Hearing Required |

1

The undersigned parties request that the Court enter the proposed Judgment lodged concurrently.

Respectfully submitted,

TRACY L. WILKISON
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

Dated: April 6, 2022

GAVIN L. GREENE / ROBERT F. CONTE
Assistant United States Attorney
Attorneys for the United States of America

HOLTZ, SLAVETT & DRABKIN, APLC

Dated: April 6, 2022

GARY M. SLAVETT
Attorneys for Defendant Fariba Ely Cohen