1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

13 United States of America,

14        Plaintiff,

15            v.

16 Fariba Ely Cohen,

17        Defendant.

Case No. CV 17-1652 MWF (JCx)

[Proposed] Judgment

18
19
20
21
22
23
24
25
26
27
28

1

1    Based on the Stipulation to reduce FBAR penalty to judgment, and for

2    good cause appearing:

3    **IT ORDERED** that Fariba Cohen is liable to the United States for the

4    full amount of the assessed FBAR penalty of $1,549,849.00 under 31 U.S.C.

5    § 5321 for the year 2008, plus the late payment penalty and interest

6    pursuant to 31 U.S.C. § 3717 that continue to accrue from the date of

7    assessment on March 5, 2015. Post-judgment interest shall accrue as allowed

8    by law pursuant to 28 U.S.C. § 1961. The late payment penalty pursuant to

9    31 U.S.C. § 3717 continues to accrue post-judgment. Entry of judgment shall

10   resolve all issues in the case.

11   **IT IS FURTHER ORDERED** that as of February 3, 2022, the balance

12   due was $2,300,952.54, consisting of the FBAR penalty of $1,549,849, failure

13   to pay penalty of $643,803.03, and interest of $107,300.51. Interest and

14   penalties continue to accrue.

15   **IT IS FURTHER ORDERED** that if Fariba Cohen pays the United

16   States the Settlement Amount in full as described below, on or before

17   January 31, 2024, the United States will file and record a satisfaction of

18   judgment. The Settlement Amount equals 60% of the assessed FBAR

19   penalty, which is $929,909 ($1,549,849 x 60%) (the "Settled FBAR Penalty")

20   plus statutory penalties and interest as set forth above that have accrued on

21   that amount from the date of assessment, or will accrue on the Settled FBAR

22   Penalty to the date of full payment of the Settled FBAR Penalty (collectively,

23   the "Settlement Amount").

24   **IT IS FURTHER ORDERED** that the United States shall not seek to

25   enforce the entered judgment during the settlement period, which shall be

26   from the date of entry of judgment to January 31, 2024. However, an

27   abstract of judgment may be recorded by the United States.

28

1      **IT IS FURTHER ORDERED** that payment(s) shall be made by

2 cashier's check made payable to the United States Treasury and delivered to:

3

4      AUSA Gavin Greene

5      Federal Building

6      300 N. Los Angeles Street, Room 7211,

7      Los Angeles, California 90012

8

9      **IT IS FURTHER ORDERED** that the parties will bear their own

10 costs and expenses, including any attorney fees.

11      **IT IS FURTHER ORDERED** that the final pretrial conference and

12 trial dates are vacated.

13      **IT IS SO ORDERED.**

14

15 DATED: _____      _____

16      Michael W. Fitzgerald
     United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28