*WHEN RECORDED MAIL TO:*

UNITED STATES ATTORNEY'S OFFICE
300 NORTH LOS ANGELES STREET, STE 7211
LOS ANGELES, CA 90012
ATTN: TAX DIVISION
TEL: 213-894-2410

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          PLAINTIFF(S),<br>v.<br><br>FARIBA ELY COHEN<br><br>          DEFENDANT(S). | CASE NUMBER:<br><br>CV 2:17-cv-01652-MWF-JC  ✗<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on __April 8, 2022__
in favor of __Plaintiff United States of America__
whose address is __300 N. Los Angeles Street, Suite 7211, Los Angeles, CA 90012__
and against __Fariba Ely Cohen__
whose last known address is __1231 Club View Drive, Los Angeles, CA 90024__
for $ __1,549,849.00__     Principal,  $ __0.00__     Interest,  $ __0.00__     Costs,
and $ __0.00__             Attorney Fees.

ATTESTED this __25__ day of __April__, 20 __22__
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; __xxx-xx-3820__ (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Fariba Ely Cohen
1231 Club View Drive
Los Angeles, CA 90024

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk
**CHRIS SAWYER**

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)          ABSTRACT OF JUDGMENT/ORDER